United States District Court
District of Connecticut

3:02CV2205WWE

Mark Anthony Bryan vs Immigration Nationalization Service
Case Number: 41-465-357
Date: December 3, 2002
Petition for Writ of Habeas Corpos

I the petitioner in the above case respectfully request the court to grant me relief from the I.N.S. custody for the following reason.

The supreme court ruled in Zadvydas V Davis and Ashcroft V MA., that the I.N.S. can not keep you locked up indefinitely after you have a final order of deportation. If the I.N.S. is unable to obtain your travel documents with in six months after a final order of deportation, you should no longer be in detention and should be released immediately. I was ordered deported on July 8, 1998 and I was also paroled to the I.N.S. on February 16, 2002. The I.N.S. had had a reasonable amount of time to obtain my travel documents.

Due to the fact that the I.N.S. is in violation of the supreme court ruling I respectfully ask the court to grant me immediate relief to the status I previously enjoyed.

                              Sincerely yours
                              Mark A. Bryan

                              Mark A. Bryan

This petition is DENIED as moot. The clerk is instructed to close the case.

WARREN W. EGINTON, SENIOR USDJ 7/29/04

FILED 2004 JUL 29 P 4:08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

FILED 2002 DEC 13 P 12:32
US DISTRICT COURT
HARTFORD CT